Felicia N. JONES, Plaintiff–Appellant

v.

UNITED STATES POSTAL SERVICE, Defendant–Appellee.

No. 13–20295
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 10, 2013.

Felicia N. Jones, Houston, TX, pro se.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

Pending before the Court is Felicia Jones's appeal of the district court's denial of her Motion for Leave of Court to File Complaint/Motion. Based on Jones's brief, excerpts, and the applicable law, the district court's denial is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.